AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-8548 FLA | DATE FILED<br>10/4/2024 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>IN 2 DEVELOPMENTS LLC | | DEFENDANT<br><br>VIRIBRIGHT LIGHTING INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,702,510 | 7/11/2017 | IN 2 Developments LLC |
| 2 | 9,995,436 | 6/12/2018 | IN 2 Developments LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 3/27/2025 STIPULATION OF DISMISSAL |

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>L Chai | DATE<br>3/28/2025 |
|---|---|---|

X

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
Tel.: (213) 340-5796

Attorneys for Plaintiff
IN2 DEVELOPMENTS LLC

Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
HATCH LAW, P.C.
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel.: (310) 279-5076

Attorneys for Defendant
VIRIBRIGHT LIGHTING INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN2 DEVELOPMENTS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VIRIBRIGHT LIGHTING INC.,<br><br>*Defendant*. | Case No. 2:24-cv-08548 FLA (ASx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff IN2 Developments LLC and Defendant Viribright Lighting Inc., by and through counsel, stipulate and agree to dismissal of the above-captioned action. The dismissal is without prejudice. The parties bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 27, 2025

PERKOWSKI LEGAL, PC                    HATCH LAW, P.C.

By:  /s/ Peter Perkowski                    By:  /s/ Ryan Hatch
Peter E. Perkowski                              Ryan E. Hatch
Attorneys for Plaintiff                          Attorneys for Defendant

1

1       The filer of this document, Peter Perkowski, attests that all other signatories

2 listed, and on whose behalf the filing is submitted, concur in this filing's content and

3 have authorized its filing.

                                   /s/ Peter Perkowski

4                                    Peter Perkowski

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL